```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION


SHEIK TEHUTI, Executor for the    §
Fahamme Nation of Nations a Non   §
Profit Church and Foundation      §
                                  §
VS.                               §    ACTION NO. 4:16-CV-187-Y
                                  §
MICHAEL W. ZIENTZ                 §
```

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS
AND SETTING DEADLINE FOR PAYMENT OF FILING FEE

On March 8, 2016, the United States magistrate judge issued his findings, conclusions, and recommendation in this case, recommending that Plaintiff's motion to proceed in forma pauperis (doc. 4) be denied because it was "styled, in part, on behalf of an organization, and not a natural person," as required under 28 U.S.C. § 1915(a)(1). The magistrate judge also noted that although Plaintiff purports to bring claims as "executor for the Fahamme Nation of Nations, a Non-Profit Church and Foundation," he has failed to demonstrate that he is a licensed attorney. An organization cannot proceed pro se. The magistrate judge gave the parties until March 22 to file written objections to his decision. As of the date of this order, no objections have been received.

Plaintiff did file, however, a document entitled "Motion to Invoke First Amendment Bill of Rights 1 Thru 10 All Men are Created Equal and The Fourteenth Amendment Guarenteed [sic] Due Process for All Men, Women or African American National Citizen, Affidavit of International Commercial Lien" (doc. 12). On the first page of that document, which is largely nonsensical, Plaintiff requests a "hearing

for proof of pauper affidavit and assessment."  The Court generally does not hold hearings, however, on in-forma-pauperis motions, and Plaintiff has failed to demonstrate that a hearing is necessary.  Consequently, Plaintiff's "motion to invoke" is DENIED.

Plaintiff has also filed several affidavits (docs. 9, 10 and 13), but none of them appears to present coherent objections to the magistrate judge's order.  They certainly do not demonstrate either that Plaintiff is a licensed attorney able to file suit on behalf of the Fahamme Nation of Nations or that the organization should be permitted to proceed in forma pauperis.

It is, therefore, ORDERED that the decision of the magistrate judge is hereby ADOPTED as the decision of this Court.  As a result, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (doc. 4) is DENIED.  If Plaintiff desires to pursue any claims in this cause, he shall pay the full filing fee to the clerk of this Court no later than **April 16, 2016**, or his claims will be dismissed without prejudice to their refiling.

SIGNED March 29, 2016.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE